## JANUARY TERM, 1844.

### W. M. Gwin v. W. P. Stone.

A bill may be taken for confessed, even though the exhibits to the bill are not filed.

In this case the bill had been filed without its exhibits ; on the return of process " *executed*," the complainant took the bill for confessed, and a motion was made to set aside the *pro confesso*, upon affidavit.

Judge Thompson, however, desirous of settling a point of practice, inquired whether a party complainant has a right to take a *pro confesso* before the exhibits to his bill are filed ?

By the CHANCELLOR.    I can have no doubt of it ; the exhibits are matters entirely of evidence : they come properly for the consideration of the Court at the final hearing, and have no connection with the taking of the *pro confesso*.    That can always be taken, upon service of process, or the appearance of the party, in the mode prescribed by law.